IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY E. KECK, SECRETARY OF THE KANSAS DEPARTMENT FOR AGING AND DISABILITY SERVICES,<br><br>PLAINTIFF,<br><br>v.<br><br>JOSEPH SCHWARTZ,<br>ROSIE SCHWARTZ,<br>LOUIS SCHWARTZ,<br>MICHAEL SCHWARTZ,<br>SKYLINE HEALTHCARE, LLC, and<br>DOROTHY HEALTHCARE MANAGEMENT, LLC,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 5:18-CV-4062<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now, the Plaintiff, and hereby stipulates to dismissal of the above captioned matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Stipulation has been approved by the Plaintiff and counsel for the Defendants Joseph Schwartz and Rosie Schwartz, who have appeared in this case.

Respectfully submitted,

SMITH LAW FIRM

/s/ Bryan W. Smith
Bryan W. Smith, KS 15473, MO 43916
5930 SW 29th Street, Suite 200
Topeka, KS 66614
Phone: 785-234-2453
Fax:    785-234-2472
Email: bryan@bryansmithlaw.com
Attorney for Plaintiff

1

*Timothy E. Keck, Secretary of the Kansas department for Aging and Disability Services*
*v. Schwartz, et al; USDC, Dist. of KS; CASE NO. 5:18-CV-4062*
*STIPULATION OF DISMISSAL WITHOUT PREJUDICE*

                SEIGFREID BINGHAM, P.C.

                /s/ Frederick H. Riesmeyer, II
                Frederick H. Riesmeyer, II, KS 70401
                2323 Grand Boulevard, Suite 1000
                Kansas City, MO 64108
                Ph: 816-421-4460
                Fax: 816-474-3477
                Email: friesmeyer@sb-kc.com
                Attorney for Defendants, Joseph Schwartz
                and Rosie Schwartz